IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUMONT CAMERON,

    Defendant.

Case No. 3:03cr088

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE, PURSUANT TO 18 U.S.C. § 3582(c)(2), IN AN AGREED DISPOSITION CASE (DOC. #29); SENTENCE REDUCED ACCORDINGLY

---

Pursuant to the reasoning and citations of authority set forth in the Motion of the Defendant to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(2), in an agreed disposition case (Doc. #29), as well as upon a through de novo review of the applicable law, said unopposed Motion is deemed to be well taken and same is, therefore, sustained in its entirety.

Accordingly, as to Counts One and Two of the Indictment, upon which the Defendant was sentenced to 78 months on April 9, 2004 (Doc. #19), journalized in a Judgment Entry filed at Doc. #20 on May 20, 2004, said concurrent sentences later reduced to concurrent sentences of 63 months on March 31, 2009 (Doc.

#28), based upon the retroactive application of Sentencing Guidelines to crack cocaine offenses, is further reduced, by agreement of all parties, to 51 months on each of Counts One and Two, to be served concurrently, based upon the retroactive application of the Fair Sentencing Act of November 1, 2010. This newly reduced sentence of 51 months on Count One and Two would run consecutively to the Defendant's 60-month sentence imposed for his violation of 18 U.S.C. § 924(c), set forth in Count Three of the Indictment.

The Bureau of Prisons and the institution in which the Defendant is currently incarcerated should adjust their records on an immediate basis.

November 18, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker, AUSA
Steven S. Nolder, Federal Public Defender
United States Marshal